# **EXHIBIT 2**

# PharmScript, LLC
## Customer Open Balance
### All Transactions

| | Type | Date | Num | Memo | Due Date | Open Balance | Original Amount |
|---|---|---|---|---|---|---:|---:|
| **FAC - St Francis** | | | | | | | |
| | Invoice | 05/31/2015 | 5.15 | | 07/30/2015 | 44,954.26 | 44,954.26 |
| | Invoice | 06/30/2015 | 6.15 | | 08/29/2015 | 24,126.09 | 46,502.76 |
| | Invoice | 07/31/2015 | 7.15 | | 09/29/2015 | 12,014.09 | 33,488.28 |
| | Invoice | 08/31/2015 | 8.15 | | 10/30/2015 | 13,527.11 | 39,269.05 |
| | Invoice | 09/30/2015 | 9.15 | | 11/29/2015 | 21,264.75 | 45,998.08 |
| | Invoice | 10/31/2015 | 10.15 | | 12/30/2015 | 13,775.25 | 38,636.54 |
| | Invoice | 11/30/2015 | 11.15 | | 01/29/2016 | 3,670.10 | 20,236.76 |
| | Invoice | 12/31/2015 | 12.15 | | 02/29/2016 | 13,361.05 | 24,538.47 |
| | Invoice | 01/31/2016 | 1.16 | | 03/31/2016 | 12,334.98 | 29,631.75 |
| | Invoice | 02/29/2016 | 2.16 | | 04/29/2016 | 21,321.28 | 42,441.97 |
| | Invoice | 03/31/2016 | 3.16 | | 05/30/2016 | 26,549.71 | 47,617.45 |
| | Invoice | 04/30/2016 | 4.16 | | 06/29/2016 | 19,411.23 | 45,031.23 |
| | Invoice | 05/31/2016 | 5.16 | | 07/30/2016 | 23,958.72 | 48,390.98 |
| | Invoice | 06/30/2016 | 6.16 | | 08/29/2016 | 19,990.15 | 41,870.80 |
| | Invoice | 07/31/2016 | 7.16 | | 09/29/2016 | 17,390.70 | 36,426.18 |
| | Invoice | 08/31/2016 | 8.16 | | 10/30/2016 | 7,869.07 | 25,888.42 |
| | Invoice | 09/30/2016 | 9.16 | | 11/29/2016 | 18,667.26 | 36,618.87 |
| | Invoice | 10/31/2016 | 10.16 | | 12/30/2016 | 21,892.72 | 39,776.59 |
| | Invoice | 11/30/2016 | 11.16 | | 01/29/2017 | 21,644.50 | 21,644.50 |
| | Invoice | 12/31/2016 | 12.16 | | 03/01/2017 | 27,508.75 | 27,508.75 |
| | Invoice | 01/31/2017 | 1.17 | | 04/01/2017 | 38,843.89 | 38,843.89 |
| | Invoice | 02/28/2017 | 2.17 | | 04/29/2017 | 35,797.18 | 35,797.18 |
| | Invoice | 03/31/2017 | 3.17 | | 05/30/2017 | 25,915.97 | 25,915.97 |
| | Invoice | 04/30/2017 | 4.17 | | 06/29/2017 | 22,217.14 | 22,217.14 |
| | Invoice | 05/31/2017 | 5.17 | | 07/30/2017 | 41,525.80 | 41,525.80 |
| **Total FAC - St Francis** | | | | | | 549,531.75 | 900,771.67 |
| **TOTAL** | | | | | | **549,531.75** | **900,771.67** |