# EXHIBIT 3

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

| | | |
|---|---|---|
| NEW YORK | | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | ANDREW T. HAHN, SR. | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1066 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 212 208 2521 | CHERRY HILL |
| SHANGHAI | *E-MAIL:* ATHahn@duanemorris.com | LAKE TAHOE |
| TAIWAN | | MYANMAR |
| BOSTON | *www.duanemorris.com* | OMAN |
| HOUSTON | | *A GCC REPRESENTATIVE OFFICE* |
| LOS ANGELES | | *OF DUANE MORRIS* |
| HANOI | | |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

June 30, 2017

**VIA EMAIL AND FEDEX**

St. Francis of Williamsville Nursing Home
Attn:  Sam Halper (samhalper@gmail.com)
147 Reist Street
Williamsville, NY  14221

   **Re:**  **Pharmaceutical Services Contract -**

Dear Mr. Halper:

   As you know from my prior letter addressed to you and dated June 22, 2017, this firm has been retained by PharmScript, L.L.C. ("PharmScript") in connection with the Pharmaceutical Services Contract dated May 15, 2015 (the "Agreement") entered into between PharmScript and St. Francis of Williamsville Nursing Home (the "Facility").

   In accordance with Paragraph 2.9 and Article IV of the Agreement, PharmScript hereby terminates the Agreement and demands full payment of all outstanding invoices, plus all finance charges, costs, and reasonable attorneys' fees pursuant to Paragraph 2.9.  Failure to pay immediately PharmScript all amounts due and owing will result in the commencement of legal action for breach of contract.

   **Please be advised that PharmScript will no longer be servicing the Facility as of August 1, 2017.**

   Please note again that this letter is not a complete statement of PharmScript's rights at law, in equity or otherwise in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any PharmScript's rights, remedies, or defenses in connection with this matter, all of which are expressly reserved.

---

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000   FAX: +1 212 692 1020

Duane Morris

June 30, 2017
Page 2


Very truly yours,

*Andrew T. Hahn, Sr.*

Andrew T. Hahn, Sr.


ATH


cc:    Michael Segal