**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PHARMSCRIPT, L.L.C.,<br><br>                Plaintiff,<br><br>   -against-<br><br>ST. FRANCIS OF WILLIAMSVILLE<br>NURSING HOME,<br><br>                Defendant. | Civil Action No. 17-cv-5966<br><br><br>**DECLARATION OF ANDREW<br>THOMAS HAHN, SR., ESQ.** |

I, Andrew Thomas Hahn, Sr., an attorney admitted to practice before this Court, hereby declare under penalty of perjury:

1.      I am a partner with the law firm Duane Morris LLP, attorneys for Plaintiff PharmScript, L.L.C. ("PharmScript") in this action.

2.      I submit this declaration in support of PharmScript's motion for default judgment against Defendant St. Francis of Williamsville Nursing Home ("Defendant" or the "Facility") pursuant to Fed. R. Civ. P. 55(b).  I have personal knowledge of the facts stated herein.

3.      PharmScript has incurred collection costs and attorneys' fees in connection with this action in the total amount of $22,927.47, billed by Duane Morris LLP, as follows:

     a.      $2,447.48 in collection costs and attorneys' fees in June 2017;

     b.      $9,261.50[1] in collection costs and attorneys' fees in July and August 2017; and

---

[1] PharmScript initially incurred $9,276.98 in collection costs and attorneys' fees in July and August 2017, but $15.48 was later written off.

     c.     $11,218.49 in collection costs and attorneys' fees in September and October 2017.

4.     True and correct copies of Duane Morris LLP's invoices to PharmScript are attached hereto as Exhibits A-D.  They have been redacted to protect attorney-client privilege and financial account information.

5.     The specific legal services provided by Duane Morris included preliminary consultations with the client, communications with opposing counsel, review of relevant documents, researching potential causes of action, drafting, revising and finalizing the Complaint, ascertaining the identity and location of Defendant, arranging for service of process, preparation of the Request for Entry of Default, and preparation of the within Motion for Default Judgment.

6.     The specific collection costs incurred include filing fees, service of process fees, and postage and overnight courier expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: October 17, 2017

                              Andrew Thomas Hahn, Sr.

# **EXHIBIT A**

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

July 20, 2017

PHARMSCRIPT, LLC
ATTN: JOHN J. MCDONOUGH
150 PIERCE STREET
SOMERSET, NJ 08873

ST. FRANCIS OF WILLIAMSVILLE

FILE# G3923-00008      INVOICE# 2324093        IRS# ████████

CURRENT INVOICE                                          $2,447.48

| Fed Wire Payments: | ACH Payments: | |
|---|---|---|
| Wells Fargo Bank NA | Acct#: ████████ | Please reference the File Number and Invoice Number in the REMARK section. |
| Swift Code: WFBIUS6S | ABA#: ████████ | |
| Acct#: ████████ | | |
| ABA#: ████████ | | |

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

July 20, 2017

PHARMSCRIPT, LLC
ATTN: JOHN J. MCDONOUGH
150 PIERCE STREET
SOMERSET, NJ 08873

ST. FRANCIS OF WILLIAMSVILLE

File# G3923-00008          Invoice# 2324093          IRS# ███████

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2017 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                $2,432.00


DISBURSEMENTS
OVERNIGHT MAIL                                   $15.48
TOTAL DISBURSEMENTS                                             $15.48

BALANCE DUE THIS INVOICE                                       $2,447.48

TOTAL BALANCE DUE                                             $2,447.48

Duane Morris
July 20, 2017
Page 2

File # G3923-00008                                    INVOICE# 2324093
   ST. FRANCIS OF WILLIAMSVILLE

| DATE | ID # | TIMEKEEPER | HOURS | VALUE |
|---|---|---|---|---|
| 6/14/2017 | 06201 | AT HAHN | 0.80 | $608.00 |
| 6/15/2017 | 06201 | AT HAHN | 1.10 | $836.00 |
| 6/22/2017 | 06201 | AT HAHN | 0.30 | $228.00 |
| 6/29/2017 | 06201 | AT HAHN | 0.50 | $380.00 |
| 6/30/2017 | 06201 | AT HAHN | 0.50 | $380.00 |
| | | TOTAL SERVICES | 3.20 | $2,432.00 |

Duane Morris
July 20, 2017
Page 3

File # G3923-00008                                        INVOICE# 2324093
    ST. FRANCIS OF WILLIAMSVILLE

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 06/22/2017 | OVERNIGHT MAIL PACKAGE SENT TO ATT: SAM HALPER AT ST.FRANCIS OF WILLAMSVILLE NUR - BUFFALO, NY FROM ANDREW HAHN AT DUANE MORRIS LLP - NEW YORK, NY (TRACKING #786966438707) | 15.48 |
| | Total: | $15.48 |
| | TOTAL DISBURSEMENTS | $15.48 |

Duane Morris
July 20, 2017
Page 4

File # G3923-00008                                          INVOICE# 2324093
     ST. FRANCIS OF WILLIAMSVILLE

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 06201 | AT HAHN | PARTNER | 3.20 | 760.00 | $2,432.00 |
| | | | 3.20 | | $2,432.00 |

# __EXHIBIT B__

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

August 21, 2017

PHARMSCRIPT, LLC
ATTN: JOHN J. MCDONOUGH
150 PIERCE STREET
SOMERSET, NJ 08873

ST. FRANCIS OF WILLIAMSVILLE

FILE# G3923-00008      INVOICE# 2334540      IRS# ▮▮▮▮▮

CURRENT INVOICE                                          $3,239.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/20/17 | 2324093 | $2,447.48 | $0.00 | $2,447.48 |
| | | | | $2,447.48 |

TOTAL BALANCE DUE                                        $5,686.48

| Fed Wire Payments: | ACH Payments: | |
|---|---|---|
| Wells Fargo Bank NA | Acct#: ▮▮▮▮▮ | Please reference the File Number and Invoice Number in the REMARK section. |
| Swift Code:  WFBIUS6S | ABA#: ▮▮▮▮▮ | |
| Acct#: | | |
| ABA#: ▮▮▮▮▮ | | |

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

August 21, 2017

PHARMSCRIPT, LLC
ATTN: JOHN J. MCDONOUGH
150 PIERCE STREET
SOMERSET, NJ 08873

ST. FRANCIS OF WILLIAMSVILLE

File# G3923-00008          Invoice# 2334540          IRS# ▬▬▬▬

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2017 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                              $3,208.00


DISBURSEMENTS
OVERNIGHT MAIL                                    $31.00
TOTAL DISBURSEMENTS                                          $31.00

BALANCE DUE THIS INVOICE                                     $3,239.00

PREVIOUS BALANCE                                            $2,447.48

TOTAL BALANCE DUE                                           $5,686.48

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/20/17 | 2324093 | $2,447.48 | $0.00 | $2,447.48 |
| | | | | $2,447.48 |

Duane Morris
August 21, 2017
Page 2

File # G3923-00008                                           INVOICE# 2334540
    ST. FRANCIS OF WILLIAMSVILLE

| DATE | ID # | TIMEKEEPER | HOURS | VALUE |
|------|------|-----------|-------|-------|
| 7/10/2017 | 06201 | AT HAHN | 0.20 | $152.00 |
| 7/17/2017 | 06201 | AT HAHN | 0.20 | $152.00 |
| 7/18/2017 | 06201 | AT HAHN | 0.30 | $228.00 |
| 7/19/2017 | 06201 | AT HAHN | 0.20 | $152.00 |
| 7/20/2017 | 06201 | AT HAHN | 0.70 | $532.00 |
| 7/26/2017 | 06201 | AT HAHN | 0.30 | $228.00 |
| 7/27/2017 | 06201 | AT HAHN | 0.40 | $304.00 |
| 7/27/2017 | 07737 | SF STEWART | 0.50 | $182.50 |
| 7/31/2017 | 07737 | SF STEWART | 3.50 | $1,277.50 |
| | | TOTAL SERVICES | 6.30 | $3,208.00 |

Duane Morris
August 21, 2017
Page 3

File # G3923-00008                                    INVOICE# 2334540
      ST. FRANCIS OF WILLIAMSVILLE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 06/30/2017 | OVERNIGHT MAIL PACKAGE SENT TO ATTN: SAM HALPER AT ST. FRANCIS OF WILLAMSVILLE NU - BUFFALO, NY FROM ANDREW HAHN AT DUANE MORRIS LLP - NEW YORK, NY (TRACKING #787048614877) | 15.48 |
| 07/20/2017 | OVERNIGHT MAIL PACKAGE SENT TO SHNEUR NATHAN ESQ. AT NATHAN & KAMIONSKI LLP - WOODBURY, NY FROM ANDREW HAHN AT DUANE MORRIS LLP - NEW YORK, NY (TRACKING #787243515326) | 15.52 |
| | Total: | $31.00 |
| | TOTAL DISBURSEMENTS | $31.00 |

Duane Morris
August 21, 2017
Page 4

File # G3923-00008                                    INVOICE# 2334540
      ST. FRANCIS OF WILLIAMSVILLE

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 06201 | AT HAHN | PARTNER | 2.30 | 760.00 | $1,748.00 |
| 07737 | SF STEWART | ASSOCIATE | 4.00 | 365.00 | $1,460.00 |
| | | | 6.30 | | $3,208.00 |

# EXHIBIT C

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

September 25, 2017

PHARMSCRIPT, LLC
ATTN: JOHN J. MCDONOUGH
150 PIERCE STREET
SOMERSET, NJ 08873

ST. FRANCIS OF WILLIAMSVILLE

FILE# G3923-00008      INVOICE# 2344815      IRS# ███████

CURRENT INVOICE                                              $9,261.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/20/17 | 2324093 | $2,447.48 | $2,432.00 | $15.48 |
|  |  |  |  | $15.48 |

TOTAL BALANCE DUE                                            $9,276.98

| Fed Wire Payments: | ACH Payments: | |
|---|---|---|
| Wells Fargo Bank NA | Acct#: ███████ | Please reference the File Number and Invoice Number in the REMARK section. |
| Swift Code: WFBIUS6S | ABA#: ███████ | |
| Acct#: | | |
| ABA#: ███████ | | |

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

September 25, 2017


PHARMSCRIPT, LLC
ATTN: JOHN J. MCDONOUGH
150 PIERCE STREET
SOMERSET, NJ 08873


ST. FRANCIS OF WILLIAMSVILLE

File# G3923-00008        Invoice# 2344815        IRS# ███████

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2017 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                              $8,830.50


DISBURSEMENTS
FILING FEES                                $400.00
OVERNIGHT MAIL                             $31.00
TOTAL DISBURSEMENTS                                          $431.00

BALANCE DUE THIS INVOICE                                    $9,261.50

PREVIOUS BALANCE                                              $15.48

TOTAL BALANCE DUE                                          $9,276.98

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/20/17 | 2324093 | $2,447.48 | $2,432.00 | $15.48 |
|  |  |  |  | $15.48 |

Duane Morris
September 25, 2017
Page 2

File # G3923-00008                                              INVOICE# 2344815
            ST. FRANCIS OF WILLIAMSVILLE

| DATE | ID # | TIMEKEEPER | HOURS | VALUE |
|---|---|---|---|---|
| 7/10/2017 | 06201 | AT HAHN | 0.20 | $152.00 |
| 7/17/2017 | 06201 | AT HAHN | 0.20 | $152.00 |
| 7/18/2017 | 06201 | AT HAHN | 0.30 | $228.00 |
| 7/19/2017 | 06201 | AT HAHN | 0.20 | $152.00 |
| 7/20/2017 | 06201 | AT HAHN | 0.70 | $532.00 |
| 7/26/2017 | 06201 | AT HAHN | 0.30 | $228.00 |
| 7/27/2017 | 06201 | AT HAHN | 0.40 | $304.00 |
| 7/27/2017 | 07737 | SF STEWART | 0.50 | $182.50 |
| 7/31/2017 | 07737 | SF STEWART | 3.50 | $1,277.50 |
| 8/1/2017 | 07737 | SF STEWART | 0.50 | $182.50 |
| 8/2/2017 | 06201 | AT HAHN | 0.60 | $456.00 |
| 8/2/2017 | 07737 | SF STEWART | 3.50 | $1,277.50 |

Duane Morris
September 25, 2017
Page 3

File # G3923-00008                                    INVOICE# 2344815
        ST. FRANCIS OF WILLIAMSVILLE

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 8/3/2017 | 06201 AT HAHN | | 0.60 | $456.00 |
| 8/4/2017 | 06201 AT HAHN | | 0.60 | $456.00 |
| 8/4/2017 | 07737 SF STEWART | | 0.50 | $182.50 |
| 8/7/2017 | 06201 AT HAHN | | 0.30 | $228.00 |
| 8/7/2017 | 07737 SF STEWART | | 0.10 | $36.50 |
| 8/8/2017 | 06201 AT HAHN | | 0.20 | $152.00 |
| 8/8/2017 | 07737 SF STEWART | | 0.30 | $109.50 |
| 8/9/2017 | 06201 AT HAHN | | 0.40 | $304.00 |
| 8/9/2017 | 07737 SF STEWART | | 1.30 | $474.50 |
| 8/9/2017 | 07456 C ALLAGOA | | 0.30 | $76.50 |
| 8/10/2017 | 07737 SF STEWART | | 0.20 | $73.00 |
| 8/11/2017 | 07737 SF STEWART | | 0.30 | $109.50 |
| 8/14/2017 | 07737 SF STEWART | | 0.20 | $73.00 |
| 8/16/2017 | 07737 SF STEWART | | 0.80 | $292.00 |
| 8/17/2017 | 06201 AT HAHN | | 0.30 | $228.00 |
| 8/17/2017 | 07737 SF STEWART | | 0.50 | $182.50 |
| 8/17/2017 | 05339 OM MCLEAN | | 0.70 | $273.00 |
| | TOTAL SERVICES | | 18.50 | $8,830.50 |

Duane Morris
September 25, 2017
Page 4

File # G3923-00008                                          INVOICE# 2344815
     ST. FRANCIS OF WILLIAMSVILLE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 06/30/2017 | OVERNIGHT MAIL PACKAGE SENT TO ATTN: SAM HALPER AT ST. FRANCIS OF WILLAMSVILLE NU - BUFFALO, NY FROM ANDREW HAHN AT DUANE MORRIS LLP - NEW YORK, NY (TRACKING #787048614877) | 15.48 |
| 07/20/2017 | OVERNIGHT MAIL PACKAGE SENT TO SHNEUR NATHAN ESQ. AT NATHAN & KAMIONSKI LLP - WOODBURY, NY FROM ANDREW HAHN AT DUANE MORRIS LLP - NEW YORK, NY (TRACKING #787243515326) | 15.52 |
| | Total: | $31.00 |
| 08/09/2017 | FILING FEES FILING FEES AND RELATED ON 08/09/17 - ELENA A. LUGO - FILING COMPLAINT IN NEW JERSEY DISTRICT COURT | 400.00 |
| | Total: | $400.00 |
| | TOTAL DISBURSEMENTS | $431.00 |

Duane Morris
September 25, 2017
Page 5

File # G3923-00008                                           INVOICE# 2344815
        ST. FRANCIS OF WILLIAMSVILLE


**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 06201 | AT HAHN | PARTNER | 5.30 | 760.00 | $4,028.00 |
| 07737 | SF STEWART | ASSOCIATE | 12.20 | 365.00 | $4,453.00 |
| 05339 | OM MCLEAN | PARALEGAL | 0.70 | 390.00 | $273.00 |
| 07456 | C ALLAGOA | PARALEGAL | 0.30 | 255.00 | $76.50 |
| | | | 18.50 | | $8,830.50 |

# EXHIBIT D

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

October 12, 2017

PHARMSCRIPT, LLC
ATTN: JOHN J. MCDONOUGH
150 PIERCE STREET
SOMERSET, NJ 08873

ST. FRANCIS OF WILLIAMSVILLE

File# G3923-00008      PROFORMA# 3202672      IRS# █████

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/10/2017 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $10,155.50


DISBURSEMENTS
COURT COSTS                            $345.75
LEXIS LEGAL RESEARCH                    $274.30
OVERNIGHT MAIL                          $17.84
PACER FEDERAL DOCKET COSTS              $3.50
WESTLAW LEGAL RESEARCH                  $421.60
TOTAL DISBURSEMENTS                                 $1,062.99

BALANCE DUE THIS INVOICE                            $11,218.49

PREVIOUS BALANCE                                    $9,261.50

TOTAL BALANCE DUE                                   $20,479.99

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 9/25/17 | 2344815 | $9,261.50 | $0.00 | $9,261.50 |
| | | | | $9,261.50 |

Duane Morris
October 12, 2017
Page 2

File # G3923-00008                                  PROFORMA# 3202672
            ST. FRANCIS OF WILLIAMSVILLE

| DATE | ID # | TIMEKEEPER | HOURS | VALUE |
|------|------|------------|-------|-------|
| 9/7/2017 | 07737 | SF STEWART | 0.20 | $73.00 |
| 9/8/2017 | 06201 | AT HAHN | 0.30 | $228.00 |
| 9/8/2017 | 00815 | CM NASH | 0.50 | $140.00 |
| 9/8/2017 | 07737 | SF STEWART | 1.50 | $547.50 |
| 9/11/2017 | 06201 | AT HAHN | 0.20 | $152.00 |
| 9/11/2017 | 07737 | SF STEWART | 0.10 | $36.50 |
| 9/12/2017 | 07737 | SF STEWART | 1.50 | $547.50 |
| 9/13/2017 | 06201 | AT HAHN | 0.60 | $456.00 |
| 9/13/2017 | 07737 | SF STEWART | 0.70 | $255.50 |
| 9/14/2017 | 06201 | AT HAHN | 0.50 | $380.00 |
| 9/14/2017 | 07737 | SF STEWART | 0.10 | $36.50 |
| 9/18/2017 | 07737 | SF STEWART | 0.10 | $36.50 |
| 9/19/2017 | 06201 | AT HAHN | 1.10 | $836.00 |
| 9/19/2017 | 07737 | SF STEWART | 1.00 | $365.00 |

Duane Morris
October 12, 2017
Page 3

File # G3923-00008                                        PROFORMA# 3202672
     ST. FRANCIS OF WILLIAMSVILLE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/20/2017 | 06201 | AT HAHN | | 0.50 | $380.00 |
| 9/20/2017 | 00815 | CM NASH | | 0.80 | $224.00 |
| 9/21/2017 | 07737 | SF STEWART | | 0.40 | $146.00 |
| 9/22/2017 | 06201 | AT HAHN | | 0.30 | $228.00 |
| 9/22/2017 | 07737 | SF STEWART | | 1.00 | $365.00 |
| 9/23/2017 | 07737 | SF STEWART | | 0.10 | $36.50 |
| 9/25/2017 | 06201 | AT HAHN | | 1.10 | $836.00 |
| 9/25/2017 | 07737 | SF STEWART | | 0.30 | $109.50 |
| 9/26/2017 | 06201 | AT HAHN | | 1.20 | $912.00 |
| 9/26/2017 | 07737 | SF STEWART | | 1.00 | $365.00 |



Duane Morris
October 12, 2017
Page 4

File # G3923-00008                                          PROFORMA# 3202672
    ST. FRANCIS OF WILLIAMSVILLE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/4/2017 | 07737 | SF STEWART | | 1.50 | $547.50 |
| 10/6/2017 | 07737 | SF STEWART | | 4.00 | $1,460.00 |
| 10/9/2017 | 06201 | AT HAHN | | 0.60 | $456.00 |
| | | TOTAL SERVICES | | 21.20 | $10,155.50 |

Duane Morris
October 12, 2017
Page 5

File # G3923-00008                                         PROFORMA# 3202672
     ST. FRANCIS OF WILLIAMSVILLE

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 09/30/2017 | COURT COSTS | | 345.75 |
| | | Total: | $345.75 |
| | | | |
| 09/19/2017 | LEXIS LEGAL RESEARCH NASH, C M | | 65.00 |
| 09/19/2017 | LEXIS LEGAL RESEARCH NASH, C M | | 51.35 |
| 09/19/2017 | LEXIS LEGAL RESEARCH STEWART, SARAH F | | 102.70 |
| 09/19/2017 | LEXIS LEGAL RESEARCH STEWART, SARAH F | | 2.60 |
| 09/26/2017 | LEXIS LEGAL RESEARCH STEWART, SARAH F | | 51.35 |
| 09/26/2017 | LEXIS LEGAL RESEARCH STEWART, SARAH F | | 1.30 |
| | | Total: | $274.30 |
| | | | |
| 09/26/2017 | OVERNIGHT MAIL PACKAGE SENT TO ST. FRANCIS WILLIAMSVILLE NUR AT INFORMATION NOT SUPPLIED - BUFFALO, NY FROM SARAH STEWART AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #787865120428) | | 17.84 |
| | | Total: | $17.84 |
| | | | |
| 09/19/2017 | WESTLAW LEGAL RESEARCH - NASH,CATHLEEN | | 421.60 |
| | | Total: | $421.60 |
| | | | |
| 09/30/2017 | PACER FEDERAL DOCKET COSTS | | 3.50 |
| | | Total: | $3.50 |
| | | | |
| | | TOTAL DISBURSEMENTS | $1,062.99 |

Duane Morris
October 12, 2017
Page 6

File # G3923-00008                                          PROFORMA# 3202672
     ST. FRANCIS OF WILLIAMSVILLE

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 06201 | AT HAHN | PARTNER | 6.40 | 760.00 | $4,864.00 |
| 00815 | CM NASH | MISCELLANEOUS | 1.30 | 280.00 | $364.00 |
| 07737 | SF STEWART | ASSOCIATE | 13.50 | 365.00 | $4,927.50 |
|  |  |  | 21.20 |  | $10,155.50 |